

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00552-CV

**H.E.B. GROCERY COMPANY, LLP**,
Appellant

v.

Rogelio **LOPEZ**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-11065
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant H.E.B. Grocery Company, LLP.

SIGNED May 7, 2014.

_____
Rebeca C. Martinez, Justice